■ SADIE MOTYL, Respondent, v. JOHN MOTYL, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.